THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ATLANTIC CONSTRUCTION FABRICS, INC., et al,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>METROCHEM, INC.,<br><br>　　　　　　　　　Defendant | NO. 03cv 5645-FDB<br><br>ORDER LIFTING STAY AND AMENDING CASE SCHEDULE |

This matter came before the Court upon the Motion to Lift Stay and for Amended Order Scheduling Jury Trial and Pretrial Dates filed by Plaintiffs Atlantic Construction Fabrics, Inc. ("ACF") and George E. Logue, Jr. ("Logue"). Upon consideration thereof, it is hereby ORDERED that:

1.　　The Motion is granted, and the stay of proceedings in this case is hereby lifted.

2.　　Counsel for the parties are directed to confer with the clerk of the Court to select a mutually agreeable trial date to begin within six (6) months of the date of the entry of this Order, or as soon thereafter as the trial may be scheduled. Within fifteen days of the entry of this Order, Counsel shall submit a proposed order setting forth this trial date and an

ORDER  - 1 of 2
(03CV 5645-FDB)
[06 May 11 Atlantic Constr. C03-5645 Ord Lifting Stay Amend Case Schedule.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  - FACSIMILE (253) 620-6565

1  amended pretrial schedule conforming to the provisions of Rule 16 and 26 of the Federal

2  Rules of Civil Procedure and local rule W.D. Wash. CR 16 and 26.

3  DATED this 10th day of May 2006

```
                              _____
                              FRANKLIN    D.    BURGESS
                              UNITED STATES DISTRICT JUDGE
```

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP


By_____
        John C. Guadnola, WSBA No. 08636
        jguadnola@gth-law.com
        Attorneys for Plaintiffs

ORDER - 2 of 2
(03CV 5645-FDB)
[06 May 11 Atlantic Constr. C03-5645 Ord Lifting Stay Amend Case Schedule.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565