# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ATLANTIC CONSTRUCTION FABRICS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> METROCHEM, INC., et al., <br><br> Defendants. | CASE NO. C03-5645BHS <br><br> ORDER SETTING BRIEFING SCHEDULE ON RECONSIDERATION |

This matter comes before the Court on Defendants' Motion for Reconsideration (Dkt. 103). The Court requests a response from Plaintiff on the issues raised in sections II.A and II.B of Defendant's motion. No response is necessary to sections II.C or II.D of Defendant's motion because these sections go beyond the issues of reconsideration and only supplement Defendant's motion for summary judgment. The Court will not consider sections II.C or II.D of Defendant's motion.

Plaintiff may respond in a pleading no longer than 5 pages no later than September 17, 2008. Defendants may reply in a pleading no longer than 3 pages no later than September 19, 2008. The motion is re-noted on the Court's September 19, 2008 calendar.

Dated this 12th day of September, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER