UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ATLANTIC CONSTRUCTION FABRICS, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>METROCHEM, INC., et al.,<br><br>        Defendants. | CASE NO. C03-5645BHS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION AND VACATING PREVIOUS ORDER |

      This matter comes before the Court on Defendants' Motion for Reconsideration (Dkt. 103). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

      On July 28, 2008, Defendants filed a Motion for Summary Judgment. Dkt. 87. On September 5, 2008, the Court issued an order denying Defendants' motion as premature because Defendants asked the Court to construe the claims of a patent before a formal hearing on the scope of the patent claims had been held. Dkt. 101.

      On September 9, 2008, Defendants filed a Motion for Reconsideration directing the Court's attention to the claim interpretation order that was issued on September 21, 2004 (Dkt. 60). Dkt. 101. On September 12, 2008, the Court requested a response from Plaintiffs and set a briefing schedule for Defendants' motion to reconsider. Dkt. 104. On

September 17, 2008, Plaintiffs responded. Dkt. 106. On September 19, 2008, Defendants replied. Dkt. 107.

Plaintiffs argue that the Court did not commit error by failing to consider the earlier claim construction order because that order did not construe terms that are relevant to Defendants' motion for summary judgment. Dkt. 106. Plaintiffs, therefore, conclude that the Court was correct when it denied Defendants' motion as premature. *Id*. While it may be true that the Court will need to construe claim terms before reaching the merits of Defendants' motion for summary judgment, the Court erred by basing its decision on an incomplete view of the procedural history and law of the case.

Therefore, it is hereby

**ORDERED** that Defendants' Motion for Reconsideration (Dkt. 103) is **GRANTED**. The Court's order denying Defendants' Motion for Summary Judgment (Dkt. 102) is **VACATED**. An order on Defendants' summary judgment motion will be issued forthwith.

DATED this 24th day of September, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER